UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC WILLIAMS,<br>also known as Michael J. Coleman<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L. LOZANO, et al.,<br><br>　　　　　Defendants. | Case No.: 1:15-cv-01250-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR MAKING FALSE STATEMENTS IN HIS IN FORMA PAUPERIS APPLICATION, AND DIRECTING PLAINTIFF TO FILE A CORRECT APPLICATION OR PAY THE $400 FILING FEE<br><br>(ECF No. 2)<br><br>TWENTY-ONE DAY DEADLINE |

　　　　Plaintiff John Eric Williams, also known as Michael J. Coleman ("Plaintiff") is a state prisoner proceeding pro se in this this civil rights action pursuant to 42 U.S.C. § 1983. On August 12, 2015, Plaintiff filed an application to proceed in forma pauperis on this matter, pursuant to 28 U.S.C. § 1915.

　　　　Rule 11 of the Federal Rules of Civil Procedure provides that a case may be dismissed without prejudice as a sanction for knowingly providing false and misleading information to the Court. Fed. R. Civ. P. 11(c). Here, under penalty of perjury, Plaintiff checked the box indicating he was not currently incarcerated, although he likewise inconsistently certified that he is currently incarcerated at Corcoran State Prison. (ECF No. 2, pp. 1, 3.) Plaintiff further filed his application under the name "Michael J. Coleman" and failed to indicate to the Court that he is incarcerated under the name "John

Eric Williams" and that "Michael J. Coleman" is an alias.  This is a significant omission as Plaintiff has other litigation matters under the name "John Eric Williams" and therefore the lack of complete information frustrates the Court's ability to obtain facts about his litigation history.  See Hoskins v. Dart, 633 F.3d 541, 544 (7th Cir. 2011) (district court has discretion to impose sanctions, including dismissal, against litigations who intentionally misrepresent their litigation history).  Finally, Plaintiff provided two inmate numbers on his application, one of which does not appear to relate to him.

Because it appears Plaintiff has made material false statements on his affidavit in support of the application to proceed in forma pauperis, he shall be ordered to show cause why this action should not be dismissed for a violation of Rule 11.  Furthermore, if Plaintiff wishes to continue with this action, he must either pay the filing fee, or file a correct application to proceed in forma pauperis.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff must show cause within **twenty-one (21) days** from the date of service of this order why this action should not be dismissed, without prejudice, for false statements made on his in forma pauperis application; and

2. Within **twenty-one (21) days** from the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action.  No requests for extension will be granted without a showing of good cause; and

3. The Clerk of the Court is directed to serve this order and a blank IFP application on Plaintiff.  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.  If after receiving this order, Plaintiff no longer wishes to pursue this action, he shall file a Notice of Voluntary Dismissal.

IT IS SO ORDERED.

Dated:   **August 17, 2015**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE

2