UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERIC WILLIAMS,<br>also known as Michael J. Coleman<br><br>Plaintiff,<br><br>v.<br><br>L. LOZANO, et al.,<br><br>Defendants. | Case No.: 1:15-cv-01250-BAM (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 5) |

Plaintiff John Eric Williams, also known as Michael J. Coleman ("Plaintiff") is a state prisoner proceeding pro se in this this civil rights action pursuant to 42 U.S.C. § 1983. On August 18, 2015, this Court issued an order requiring Plaintiff to show cause why his action should not be dismissed for making false statements in his in forma pauperis application, and directing Plaintiff to file a correct application or pay the $400 initial filing fee. (ECF No. 2.)

Currently before the Court is Plaintiff's response to the August 18, 2015 order to show cause. (ECF No. 7.) Plaintiff explains that his real name is Michael John Coleman, but he is also known as John Eric Williams, and was arrested as John Eric Williams. As a result, the California Department of Corrections ("CDC") lists him as John Eric Williams, but he prepared his documents in this case using only his birth name, Michael John Coleman. In support, he has provided an abstract of judgment from the Superior Court of California, County of Fresno which lists his name as "Michael John Coleman,

1

aka John Eric Williams, James Williams." (ECF No. 8, p. 7.) He explains that he did not mean to cause any confusion by not providing this full information in his in forma pauperis application. He has also submitted a revised in forma pauperis application which provides his full name and alias, and which properly indicates he is currently incarcerated. (ECF No. 8.) And although the court could not connect one of the CDC inmate numbers Plaintiff provided to him, he states that he believes both numbers belong to him, and he provided both numbers in an attempt to make a full disclosure.

The Court accepts Plaintiff's explanation and representations. Accordingly, it is HEREBY ORDERED that:

The August 18, 2015 Order to Show Cause is DISCHARGED.

IT IS SO ORDERED.

Dated:   **September 9, 2015**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE